1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    LEONARD JAMES FOX,                          No. 1:21-cv-01693-HBK (PC)

12               Plaintiff,                        ORDER GRANTING MOTION TO
                                                   PROCEED *IN FORMA PAUPERIS*
13          v.

14    MACK, Correctional Officer and              (Doc. No. 2)
      BLASDELL, Correctional Officer,
15                                                 ORDER DIRECTING PAYMENT
               Defendants.                         OF INMATE FILING FEE BY THE
16                                                 CALIFORNIA DEPARTMENT OF
                                                   CORRECTIONS
17

18

19          Plaintiff, a prisoner, initiated this action on November 18, 2021, by filing a *pro se* civil

20    rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff seeks leave to

21    proceed *in forma pauperis* on his Complaint and the Court is in receipt of a copy of his prison trust

22    fund statement and a Certification from prison officials in support.  (Doc. No. 5).  Plaintiff has

23    made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay

24    the statutory filing fees of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to

25    make monthly payments in the amount of twenty percent (20%) of the preceding month's income

26    credited to Plaintiff's trust account.  28 U.S.C. § 1915(b)(2).   The California Department of

27    Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each

28

                                                   1

time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2.  **The Secretary of the California Department of Corrections, or his designee, shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California.


Dated:    November 30, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2