UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JAMES FOX,<br><br>        Plaintiff,<br><br>    v.<br><br>MACK, BLASDELL,<br><br>        Defendants. | Case No. 1:21-cv-01693-AWI-HBK (PC)<br><br>ORDER GRANTING MOTION TO LIMITED EXTENT<br><br>(Doc. No. 34) |

      Plaintiff filed a motion requesting a settlement conference on April 4, 2023. (Doc. No. 34). Specifically, Plaintiff requests the Court to order the Attorney General to participate in a settlement conference to resolve the case expeditiously and less expensively given that the Court already determined the Complaint sated a cognizable Eighth Amendment claim. (*Id*.). The parties already engaged in a settlement conference on July 14, 2022, which resulted in an impasse. (Doc. No. 28). Notably, the settlement conference took place early in this case, before the parties had an opportunity to engage in discovery. (*See* Doc. No. 29, ordering discovery to commence on July 15, 2022). The Court is willing to set any case for a settlement conference at any time, but only if all parties are amendable to participating in settlement discussions. As a word of caution, although the Court in its screening order found sufficient allegations in the Complaint to state a cognizable Eighth Amendment claim, Plaintiff has the burden of proving each element of his Eighth Amendment claim at trial should this case proceed past summary

judgment.

ACCORDINGLY, it is **ORDERED**:

Plaintiff's motion (Doc. No. 34) is GRANTED to the limited extent Defendants shall file a notice within **ten (10) days** of the date of this Order to advise the Court whether they believe a second settlement conference would be productive.

Dated:   April 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE